

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TERESA L. PENNINGTON,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | Civil Action No. 1:10cv0112 (TSE/JFA) |

## ORDER

On Friday, June 11, 2010, counsel for the parties appeared before the court and presented arguments on plaintiff's Motion to Compel. (Docket no. 11). Upon consideration of the motion, the memorandum in support (Docket no. 12), the defendant's opposition (Docket no. 15), plaintiff's reply (Docket no. 19), the arguments of counsel, and for the reasons stated from the bench, it is hereby

ORDERED that the motion is granted in part and denied in part. Defendant shall serve its supplemental responses on plaintiff by the close of business on June 16, 2010.

Entered this 11th day of June, 2010.

/s/
John F. Anderson
United States Magistrate Judge
_____
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia