Date: 7-2-10

Judge: John F. Anderson
Reporter: FTR

Start: 10:13
Finish: 12:00

Civil Action Number: 10-112 CV

Pennington

vs.

Midland Credit Mgt, Inc.

Appearances of Counsel for ( ) Pltf ( ) Deft
( ) Matter is uncontested
Motion to/for:

motion for sanctions - Granted
2 motions for protective order - Ds(30b6) - gid; (-Po m. not with Lynch - denied)
D's motion to compel - gidi
" for extension - gidi

Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to

( ) Report and Recommendation to Follow
(✓) Order to Follow

1hr 50