

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TERESA L. PENNINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:10cv0112 (TSE/JFA) |
| v. ) | |
| ) | |
| MIDLAND CREDIT MANAGEMENT, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

On Friday, July 2, 2010, counsel for the parties appeared before the court and presented arguments on defendant's Motion to Compel. (Docket no. 34). Upon consideration of the motion, the memorandum in support (Docket no. 35), the plaintiff's opposition (Docket no. 39), the arguments of counsel, and for the reasons stated from the bench, it is hereby

ORDERED that the motion is granted in part and denied in part.

Entered this 2nd day of July, 2010.

/s/
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia